JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JON SPIELBERGER; et al., | Case No. 2:19-CV-08558 MWF (ks) |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| ENVOY AIR, INC.; Does 1 to 15, | |
| Defendant. | |

Having reviewed the Parties' Joint Stipulation for Dismissal, and good cause appearing, **IT IS HERBY ORDERED, AS FOLLOWS**:

Effective the date of this Order, this entire action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  June 10, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge